FILED
OCT 21 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 26-30131-SPM |
| EZEKIEL E. FLOWERS, | ) | |
| | ) | Title 18, |
| | ) | United States Code, |
| Defendant. | ) | Sections 113(a)(3), 1791(a)(2) and (b)(3). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Assault with a Dangerous Weapon with Intent to Do Bodily Harm

On or about August 25, 2026, in Bond County, within the Southern District of Illinois,

**EZEKIEL E. FLOWERS,**

defendant herein, at a place within the special maritime and territorial jurisdiction of the United States, namely FCI-Greenville, did unlawfully assault M.D. with a dangerous weapon, with intent to do bodily harm, in violation of Title 18, United States Code, Section 113(a)(3).

### COUNT 2
### Possession of Contraband in Prison

On or about August 25, 2026, in Bond County, within the Southern District of Illinois,

**EZEKIEL E. FLOWERS,**

defendant herein, an inmate of FCI-Greenville, a Federal correctional, detention, and penal facility, did knowingly possess a prohibited object, to wit: a weapon, in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.10.16 21:05:38 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

DAVID D. DEAN
Assistant United States Attorney

Recommended Bond: Detention